### 2901.   MACON, DUBLIN & SAVANNAH RAILROAD CO. *v.* HAMILTON.

HILL, C. J.   A cow, grazing near the railroad track, suddenly ran on the track a few feet in front of an engine and cars running 25 or 30 miles an hour, and was killed. The undisputed' evidence of the engineer and fireman fully rebutted the statutory presumption of negligence' against the company, and there was no fact or circumstance indicating negligence. The judgment of the justice of the peace against the company was without evidence and contrary to law, and the judge of the superior court should have sustained' the certiorari. *Macon, Dublin & Savannah R. Co.* v. *Wood,* 3 *Ga. App.* 197 (59 S. E. 595) ; *Southern Ry. Co.* v. *Puryear,* 2 *Ga. App.* 75 (58 S. E. 306) ; *Southern Ry. Co.* v. *Harrell,* 119 *Ga.* 521 (46 S. E. 637) ; *South Carolina & Georgia R. Co.* v. *Powell,* 108 *Ga.* 437 (33 S. E. 994).                              *Judgment reversed.*

DECIDED APRIL 24, 1911.

Certiorari; from Montgomery superior court—Judge Martin. July 22, 1910.

*Minter Wimberly, W. M. Wilson, Akerman & Akerman,* for plaintiff in error.

*A. C. Saffold,* contra.